**E-FILED**
Thursday, 11 August, 2005  11:54:29 AM
Clerk, U.S. District Court, ILCD

**RETURN RECEIPT FOR PRE-SENTENCE REPORT, SENTENCING RECOMMENDATION AND STATEMENT OF REASONS**

Case Name:   US vs Harold C Adams

Case Number:  02-20066-01

The appeal time having expired and/or the appeal having been concluded, the original Sealed Pre-sentence Report, Sentencing Recommendation and Statement of Reasons were returned to the U.S. Probation Office on _____August 11, 2005_____.
            (Date)

Received by:

s/J. Newlin
_____
U.S. Probation Office