IN THE UNITED STATES DISTRICT COURT
For The central District of Illinois
Central Division

UNITED STATES OF AMERICA, )
    Defendant, )
)
v. )    Case No. 02-20066-01 ~~02-2066-01~~
)
)
Harold Adams, )
    Petitioner. )
)

PETITIONER'S MOTION REQUEST FOR REDUCTION OF SENTENCE, PURSUANT TO U.S.S.G. AMENDMENT 706, AND MOTION REQUEST FOR THE APPOINTMENT OF COUNSEL

COMES NOW, Harold Adams, respectfully reqesting this Honorable Court to appoint counsel in the petitioner's § 3582(c)(2) proceedings for the reduction of sentence, pursuant to U.S.S.G., Retoractive Amendment 706.

Petitioner is aware that the Amendment 706 does not become effective until March 3, 2008, but the petitioner is submitting his application so the Court can appoint counsel to file a motion on my behalf for the reduction of sentence, being that the petitioner has a "crack" sentence, and appointed counsel can investigate my circumstances and prepare the motion for the reduction in anticipation of the effective date.

[Dated: 28th, ~~January~~ February, 2008].

Respectfully Submitted,

Harold Adams

FILED
MAR - 4 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Petitioner's Motion Request for Reduction of Sentence, Pursuant to U.S.S.G., Amendment 706, and Motion Request for the Appointment of Counsel, was placed in Greenville-FCI mailbox, firs class postage prepaid on ~~January~~ February 28th, 2008 to:

John M. Waters, Clerk
U.S District Court
Central District of Illinois
Urbana, IL.

By,

Harold Adams