**E-FILED**
Thursday, 19 June, 2008  02:23:23 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

**In Re: Petitions for Retroactive**
**Sentences Previously Imposed for**
**Certain Crack Cocaine Offenses**

No. 08-U-0035

## ADMINISTRATIVE ORDER

**McCuskey, Chief Judge:**

Upon motion of the Defendants, the filing deadlines in the following cases are SUSPENDED until the United States Court of Appeals for the Seventh Circuit renders a decision in *United States v. Monica Poole*, Appeal Number 08-2328, the Defendants having 30 days from the date of the decision and the United States 30 days thereafter to file an appropriate pleading with the Court:

United States v. Harold C. Adams, 02-20066
United States v. Courtney L. Atkins, 02-10027
United States v. Steven C. Baugh, 06-20028
United States v. Philip Brown, 06-10034
United States v. Troy P.A. Brown, 05-10087
United States v. Andre F. Bryson, 00-20056
United States v. Mark A. Calcaterra, 05-10080
United States v. Ivan Campbell, 03-20016
United States v. Anthony B. Cistrunk, 01-30002
United States v. William H. Clay, 99-40096
United States v. Donald Coleman, Jr., 02-10118
United States v. Luella Crayton, 06-10100
United States v. Tracy Cunningham, 00-20052
United States v. Adrian L. Curtis, 04-10016
United States v. Mikeal L. Dabney, 04-20032
United States v. Richard E. Davies, 03-20024
United States v. Bernard Davis, 02-20028
United States v. Andre Enoch, 02-20057
United States v. Clayton D. Ferguson, 02-10081
United States v. Larry D. Gore, 03-20105
United States v. Cory E. Grant, 03-20010
United States v. Charles K. Griffin, 03-10038
United States v. Duane D. Hale, 02-20039
United States v. Deondre L. Halliburton, 00-20007
United States v. Quon S. Harris, 02-20050

United States v. Lawrence Jackson, 06-30039
United States v. Garrick S. Jones, 98-20072
United States v. Robert D. Kennedy, 02-10029
United States v. Cornelius J. King, 02-20051
United States v. Duramis M. Lovelace, 02-20013
United States v. John D. Malone, 05-10012
United States v. Angelo Marrissette, 01-20054
United States v. Chaz D. Morgan, 02-40101
United States v. Natris L. Morris, 03-20079
United States v. Rodney L. Mullen, 98-30078
United States v. Delrico J. Nelson, 04-10073
United States v. Demitri E. Parker, 99-40068
United States v. Frederick Porter, 99-20037
United States v. Mark Pratt, 01-20057
United States v. Precious D. Proctor, 06-10105
United States v. Trampus N. Reed, 01-20062
United States v. Alfred Reeves, 01-30005
United States v. Willie E. Roland, 98-40053
United States v. Ray A. Rowan, 99-20038
United States v. Tyrone Rush, 05-30033
United States v. Arlon C. Smith, 02-10137
United States v. Helen N. Starks, 02-10061
United States v. Michael Sullivan, 00-30049
United States v. Terrence, Taliferro, 98-20032
United States v. Mario Thompson, 03-10045
United States v. Daniel N. Van, 03-10033
United States v. Kevin S. Washington, 05-20042
United States v. Terrance D. Washington, 05-20042
United States v. Darrell D. Watts, 05-10079
United States v. Johnny E. Weatherall, 02-20077
United States v. Everett D. Williams, 02-20082
United States v. Erick L. Williams, 02-20009
United States v. Bryant K. Williams, 03-30016
United States v. Marcus L. Willis, 02-20036
United States v. Randy S. Woodard, 02-20019
United States v. Nathan J. Woodring, 01-10068
United States v. Dexter Woods, 98-10041

**IT IS SO ORDERED.**

Signed this  17th  day of June, 2008.

**s/ Michael P. McCuskey**

MICHAEL P. McCUSKEY
Chief U.S. District Judge